UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAM WESLEY, JR., | No. C 08-5035 SI (pr) |
| Plaintiff, | **SCHEDULING ORDER** |
| v. | |
| MICHAEL SAYRE, C.M.O.; et al., | |
| Defendants. | |

Defendants' request for extension of the deadline to file a dispositive motion is DISMISSED as moot because they filed their summary judgment motion by the originally scheduled deadline of January 22, 2010. (Docket # 16.) Because the motion was timely filed, the opposition and reply dates remain as earlier scheduled. That is, plaintiff must file and serve his opposition to the motion no later than **February 26, 2010,** and defendants must file their reply brief, if any, no later than **March 12, 2010**.

IT IS SO ORDERED.

Dated: January 27, 2010

_____
SUSAN ILLSTON
United States District Judge