UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAM WESLEY, JR., | No. C 08-5035 SI (pr) |
| Plaintiff, | **ORDER EXTENDING DEADLINES** |
| v. | |
| MICHAEL SAYRE, C.M.O.; et al., | |
| Defendants. | |

Defendants filed an ex parte request for an extension of the deadlines for plaintiff's opposition to their motion for summary judgment and for their reply brief. Upon due consideration of the request and the accompanying declaration of attorney Lynne Stocker, the court GRANTS the request. (Docket # 23.) Plaintiff's opposition filed on February 25, 2010 and defendants' reply filed on March 12, 2010 are deemed timely filed. The motion for summary judgment remains under submission.

IT IS SO ORDERED.

Dated: May 3, 2010

_____
SUSAN ILLSTON
United States District Judge