UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAM WESLEY, JR., | No. C 08-5035 SI (PR) |
| Plaintiff, | **JUDGMENT** |
| v. | |
| MICHAEL SAYRE, et al., | |
| Defendants. | |

Defendants' motion for summary judgment have been granted, judgment is hereby entered in favor of all defendants as to all claims.

**IT IS SO ORDERED AND ADJUDGED.**

DATED: August 27, 2010

SUSAN ILLSTON
United States District Judge